

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2014

No. 04-14-00141-CV

**BANK OF AMERICA N.A.,**
Appellant

v.

**TFHSP LLC Series 11239**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14190
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

 Appellant's brief is due on March 31, 2014.  On March 21, 2014, Appellee filed a motion to order mediation.  Appellee was not able to determine whether Appellant favors or opposes mediation.

 If Appellant opposes mediation, Appellant must present its reasons for such opposition to this court in writing within TEN DAYS of the date of this order.  Otherwise, the court will refer this case to mediation.  *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.002, .003 (West 2011) (favoring mediation); 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2.

_____
Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court